

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO: JIM MOLINELLI
Miscellaneous Court Clerk

**07 CR 1104**

FROM: SEAN L. WATSON
U.S. Probation Officer

RE: HELTON, CLAUDE

DATE: NOVEMBER 19, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On April 10, 2003, the above-referenced individual was sentenced by the Honorable William M. Skretny, U.S. District Court Judge (USDJ) for the Western District of New York (WD/NY) following his guilty plea to Bank Fraud in violation of 18 USC 1344. The offender was subsequently sentenced to twelve12 months imprisonment followed by five (5) years supervised release. The following special conditions were imposed: The defendant shall obtain and maintain gainful employment. If unemployed for a period of 30 days or more, the defendant shall complete community service hours of at least 20 hours weekly until employed. If unemployable, the defendant shall complete 100 hours of community service; defendant shall enter into drug/alcohol treatment, to include urinalysis and other testing, the details of such treatment to be approved by the U.S. Probation Office. The defendant is not to leave treatment until discharge is agreed to by the U.S. Probation Office and treating agency. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount approved by the probation officer based on ability to pay or availability of third party payment; due to the defendant's criminal history and/or offense conduct, a third-party risk notification is required. The defendant must notify his employer of his conviction and/or criminal history if he obtains employment where he has access to money or financial accounts; defendant shall provide the U.S. Probation Office with access to any requested personal and/or business financial information.

The U.S. Probation Office is authorized to release financial information submitted by the defendant to the U.S. Attorney's Office for use in the collection of any unpaid fine or restitution. If restitution or a fine is owed, the defendant shall notify the U.S. Probation Office of any assets received and shall not disburse his interest in any assets, including, but not limited to, income tax refunds, inheritance, insurance and lawsuit settlements, or gambling winnings without the approval of the U.S. Probation Office; the defendant shall not incur any form of debt including, but not limited to, use of existing credit cards, new credit cards, lines of credit, mortgages or private loans without the approval of the U.S. Probation Office; defendant shall submit to a search of his person, property, vehicle, place of residence or any other property under his control and permit confiscation of any evidence or contraband discovered.

On October 10, 2007, a Request For Transfer of Jurisdiction was made to the WD/NY as a result of the offender's non-compliance with his conditions of release, and the need to bring the offender before the Court. On November 12, 2007, we received a letter from the WD/NY advising that the Honorable William M. Skretny, USDJ, signed the Transfer of Jurisdiction Order (Probation Form 22) ordering jurisdiction of the offender's case be transferred to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: /s/ Sean L. Watson

Sean L. Watson
U.S. Probation Officer
212-805-0040 ext. 0044

Approved By: _____  11/20/07

Victor W. Jeffrey    Date:
Supervising U.S. Probation Officer