

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Offender: Helton, Claude

Docket Number: 07 CR 1104

Sentencing Judge: Honorable Denny Chin, U.S. District Judge

Date of Original Sentence:    April 10, 2003

Original Offense:    BANK FRAUD

Original Sentence:    Twelve (12) months imprisonment followed by five (5) years supervised release

Type of Supervision:    Supervised Release    Date Supervision Commenced:    June 17, 2004

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | ON OR ABOUT JUNE 17, 2004, AND THEREAFTER, THE RELEASEE FAILED TO MAKE A GOOD FAITH EFFORT TO PAY THE COURT-ORDERED RESTITUTION IN THAT HE HAS NOT MADE ANY PAYMENTS TOWARD THIS OBLIGATION. SPECIAL CONDITION, GRADE C VIOLATION. |
| 2 | ON OR BOUT MARCH 2005, AND THEREAFTER, THE RELEASEE VIOLATED THE COURT-ORDERED CONDITION THAT HE NOT INCUR ANY FORM OF DEBT INCLUDING, BUT NOT LIMITED TO USE OF EXISTING CREDIT CARDS, NEW CREDIT CARDS, LINES OF CREDIT, MORTGAGES OR PRIVATE LOANS WITHOUT THE APPROVAL OF THE U.S. PROBATION OFFICE. SPECIAL CONDITION, GRADE C VIOLATION. |
| 3 | ON OR ABOUT OCTOBER 25, 2007, THE RELEASEE FAILED TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER, IN THAT, THE RELEASEE FAILED TO SUBMIT DOCUMENTATION REGARDING HIS ESTABLISHING NEW CREDIT ACCOUNTS. SPECIAL CONDITION, GRADE C VIOLATION. |

(Rev. eVOP 1/25/07)

4 ON OR ABOUT OCTOBER 18, 2007 THE PROBATIONER/RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. CONDITION #2, GRADE C VIOLATION.

5 ON OR ABOUT MAY 17, 2006, THE RELEASEE FAILED TO SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT. CONDITION #2, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

 The term of supervision should be:

 [ X ] Revoked

 [ ] Extended for year(s), for a total term of years.

 The conditions of supervision should be modified as follows:

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Sean L. Watson
U.S. Probation Officer
(212) 805-0044

Approved By:

_____ 12·13·07
Victor W. Jeffrey Date
Supervising U.S. Probation Officer

(Rev. eVOP 1/25/07)

Helton, Claude
07 CR 1104



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ]   The Issuance of a Summons
        The Offender is directed to appear as follows:

        Date: _____

        Time: _____

        Place: _____

[✓]   The Issuance of a Warrant
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Other

_____
Signature of Judicial Officer

12/17/07
_____
Date

(Rev. eVOP 1/25/07)