UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

CLAUDE HELTON,

       Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**07 Cr. 1104 (DC)**

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                  Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney for the
                    Southern District of New York

                  by:      /s/
                      Adam S. Hickey
                      Assistant United States Attorney
                      (212) 637-1039

TO:    Sabrina Shroff, Esq. (by facsimile)